O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-2542 AHM (RCx) | Date | June 29, 2010 |
|---|---|---|---|

| Title | MARGARITA JUAREZ v. FEDERAL HOME LOAN MORTGAGE CORPORATION, *et al.* |
|---|---|

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE |
|---|---|

| Stephen Montes | Not Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: |
|---|---|

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

The Court ORDERS Dionne Mateos to SHOW CAUSE in writing by not later than July 9, 2010 why she should not be sanctioned in the amount of $250.00 for her failure to attend the calendared scheduling conference on June 28, 2010, to notify the Court of her inability to attend, or to respond to inquiries from the Defendants regarding the preparation of the Rule 26 Report.

|  | : |  |
|---|---|---|
| | Initials of Preparer | SMO |