O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-2542 AHM (RCx) | Date | July 13, 2010 |
|---|---|---|---|
| Title | MARGARITA JUAREZ v. FEDERAL HOME LOAN MORTGAGE CORPORATION, *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE |
|---|---|

| Stephen Montes | Not Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:          Attorneys **NOT** Present for Defendants:

**Proceedings:**          IN CHAMBERS (No Proceedings Held)

     On June 29, 2010, the Court ordered Dionne Mateos to show cause in writing by not later than July 9, 2010 why she should not be sanctioned in the amount of $250.00 for her failure to attend the calendared scheduling conference on June 28, 2010, to notify the Court of her inability to attend, or to respond to inquiries from the Defendants regarding the preparation of the Rule 26 Report.  The Court has received no response from Ms. Mateos.  Accordingly, the Court sanctions Ms. Mateos and ORDERS her to pay $250.00 to the Clerk of Court by July 23, 2010.

                                                                          _____ : _____
                                                      Initials of Preparer          SMO

cc:  **Fiscal**