O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-2542 AHM (RCx) | Date | July 13, 2010 |
|---|---|---|---|
| Title | MARGARITA JUAREZ v. FEDERAL HOME LOAN MORTGAGE CORPORATION, *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:        Attorneys **NOT** Present for Defendants:

**Proceedings:**        IN CHAMBERS (No Proceedings Held)

On June 29, 2010, the Court issued an Order to Show Cause ("OSC") why Chase Home Finance LLC represented in its Amended Unilateral Rule 26 Report filed on June 16, 2010 that it had concurrently filed a motion to dismiss Plaintiff's Complaint when it had not done so.  Having received and reviewed S. Christopher Yoo's response, the Court DISCHARGES the OSC,[1] but with the following caveats and observations.  First, Mr. Yoo's response fails to acknowledge that the motion to dismiss was filed *after* the Scheduling Conference at which the Court stated its intention to issue an OSC.  Second, Mr. Yoo has caused "issues" on more than one occasion in the past.  The Court will not tolerate any further displays of sloppiness or unprofessionalism on his part.  Such conduct will invite an order requiring whoever is the client/victim of such conduct to find other counsel.

                                                                                                :
                                                                    Initials of Preparer        SMO

---

[1] Docket No. 12.