O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-02542 AHM (RCx) | Date | August 6, 2012 |
|---|---|---|---|
| Title | MARGARITA JUAREZ v. FEDERAL HOME LOAN MORTGAGE CORPORATION | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:   Attorneys **NOT** Present for Defendants:

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

On May 7, 2012, Defendant Chase Home Finance, LLC, filed a status statement informing the Court that the parties were in the process of negotiating a loan modification and expected to file a stipulation for dismissal within 30 days. (Dkt. 73.) No documents have been filed since. Defendant is ordered to file an updated report by August 13, 2012, indicating the status of the negotiations.

|  | : |  |
|---|---|---|
| Initials of Preparer | SMO | |