JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MARGARITA JUAREZ,<br><br>               Plaintiff,<br><br>    v.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION, ITS SUCCESSORS AND/OR ASSIGNS; CHASE HOME FINANCE, LLC; CAL-WESTERN RECONVEYANCE CORP.; AND DOES 1-50,<br><br>               Defendants. | Case No. CV 10-2542 AHM (RCx)<br><br>**ORDER RE JOINT STIPULATION OF DISMISSAL OF THE ACTION IN ITS ENTIRETY AS TO ALL PARTIES WITH PREJUDICE**<br><br>**FRCP 41(A)(1)(ii)** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

ORDER

1  
2  This Court, having considered the Parties' Joint Stipulation of Dismissal of the Action in its Entirety as to all Parties with Prejudice, and for good cause shown, orders as follows:

3  
4  **IT IS HEREBY ORDERED** that the above-entitled action is hereby dismissed in its entirety as to all Parties with prejudice. Each Party shall bear its own attorneys' fees and costs.

5  
6  
7  
8  **IT IS SO ORDERED.**

9  
10 Dated: August 8, 2012

11 ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯  
The Honorable A. Howard Matz  
UNITED STATES DISTRICT COURT JUDGE

12  
JS-6

13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28

MORGAN, LEWIS &  
BOCKIUS LLP  
ATTORNEYS AT LAW  
LOS ANGELES

22466902.2

2

ORDER